IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-02052-DDD-KLM

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ARTHUR BLASZCZYSZYN INSURANCE AGENCY, INC.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their respective attorneys, Ari Marcus on behalf of Plaintiff; and Sean Camacho on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, of this lawsuit.  Each party shall pay its own costs and attorney fees in this action. By the filing of this Stipulation the above civil action is deemed resolved and the case  closed.

Respectfully submitted this 14th day of May 2021.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF

/s/ Sean David Gonzalez Camacho
Sean David Gonzalez Camacho
Dentons US LLP-Denver
1400 Wewatta Street
Suite 700
Denver, CO 80202
sean.camacho@dentons.com
ATTORNEY FOR DEFENDANT

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2021, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Sean Camacho
Sean.camacho@dentons.com

/s/ *Ari H. Marcus*